UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
CHICAGO DIVISION

In re:                          §    Case No. 05-54329
                                §
RICHARD MARGARITONDO             §
                                §
                                §
                                §
           Debtor(s)             §

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1.  The debtor(s) filed a petition under chapter <u>7</u> of the United States Bankruptcy Code on <u>10/14/2005</u>. The undersigned trustee was appointed on <u>10/14/2005</u>.

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to the debtor(s) as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4.  The trustee realized gross receipts of                                   <u>$9,483.35</u>

    Funds were disbursed in the following amounts:

    Administrative expenses                                                  <u>$30.01</u>
    Payments to creditors                                                    <u>$0.00</u>
    Non-estate funds paid to 3rd Parties                                     <u>$0.00</u>
    Payments to the debtor(s)                                                <u>$0.00</u>

    Leaving a balance on hand of[1]                                          <u>$9,453.34</u>

The remaining funds are available for distribution.

5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of additional interest

      6. The deadline for filing claims in this case was 01/01/1900. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

      7. The Trustee's proposed distribution is attached as **Exhibit D**.

      8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $1,697.79. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

      The trustee has received $0.00 as interim compensation and now requests the sum of $1,697.79, for a total compensation of $1,697.79. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.

      Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 04/12/2010        By:  /s/ Horace Fox, Jr.
                                      Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TFR (9/1/2009)**

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No: 1  Exhibit A

| Case No.: | 05-54329 | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|
| Case Name: | MARGARITONDO, RICHARD | Date Filed (f) or Converted (c): | 10/14/2005 (f) |
| For the Period Ending: | 4/12/2010 | §341(a) Meeting Date: | 02/07/2006 |
| | | Claims Bar Date: | |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. DA=§ 554(c) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1 | ins. proceeds, 2001 BMI 740i (u) | $0.00 | $9,277.98 | DA | $9,277.98 | FA |
| Asset Notes: | 40% of the proceeds from 2001 BMW 740i, jointly owned by debtor and his bankrupt corporation, Horizon Machinery Corp. Debtor amended schedule B to show value of his interest at $14,500.00. | | | | | |
| 2 | 1/2 interest r/e 702 Waukegan Rd #202 Glenview IL (u) | $145,000.00 | $0.00 | DA | $0.00 | FA |
| Asset Notes: | 1/2 interst in condo, 702 Waukegan Rd, #202,Glenview IL 60025 worth $145,000.00/ secured lien $290,000.00 | | | | | |
| 3 | VOID | $0.00 | $0.00 | | $0.00 | $0.00 |
| 4 | cash | $50.00 | $0.00 | DA | $0.00 | FA |
| 5 | checking Glenview #342946 | $39.83 | $0.00 | DA | $0.00 | FA |
| 6 | checking Glenview State BK #496 | $26.15 | $0.00 | DA | $0.00 | FA |
| 7 | Checking Acct Glenview BK #501 | $865.46 | $0.00 | DA | $0.00 | FA |
| 8 | furnishings112 | $1,000.00 | $0.00 | DA | $0.00 | FA |
| 9 | clothing | $500.00 | $0.00 | DA | $0.00 | FA |
| 10 | 27 shares United stk | $37.00 | $37.00 | DA | $0.00 | FA |
| Asset Notes: | Debtor has exemption left to exempt this asset. | | | | | |
| 11 | 30 shares Motarola Stock | $616.00 | $0.00 | DA | $0.00 | FA |
| 12 | 100 Shares Horizon stock | $0.00 | $0.00 | DA | $0.00 | FA |
| Asset Notes: | Privately held corporation filed bankruptcy. | | | | | |
| 13 | Note from Horizon Machinery CO.(50,000.) | $0.00 | $0.00 | DA | $0.00 | FA |
| Asset Notes: | Corporation filed a chapter 7. | | | | | |
| 14 | 1997 Pontiac Bonneville | $1,200.00 | $0.00 | DA | $0.00 | FA |
| Asset Notes: | 124,000 miles on 1997 Pontiac | | | | | |
| 15 | VOID (u) | Unknown | $0.00 | | $0.00 | FA |
| 16 | VOID | $0.00 | $0.00 | | $0.00 | FA |
| INT | Interest Asset | Unknown | Unknown | | $205.37 | FA |

**TOTALS (Excluding unknown value)**     **Gross Value of Remaining Assets**

$149,334.44     $9,314.98     $9,483.35     $0.00

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 2   Exhibit A

| Case No.: | 05-54329 | | Trustee Name: | Horace Fox, Jr. |
| Case Name: | MARGARITONDO, RICHARD | | Date Filed (f) or Converted (c): | 10/14/2005 (f) |
| For the Period Ending: | 4/12/2010 | | §341(a) Meeting Date: | 02/07/2006 |
| | | | Claims Bar Date: | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. DA=§ 554(c) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

**Major Activities affecting case closing:**

Debtor and his corportion ( Joe Baldi) trustee owned interests in a BMW, which was in an accident.  The recovery in this case comes from insurance proceeds.  One claim to object to.

File motion to approve settlement, hire attorney and accounant.  Secured claim withdrawn.

Compromise approved, appoint accountant.

Examine claims. Compile time.

No claims need to be objected to.  Glenview secured claim has been withdrawn.  Discuss need for taxes with accountant.

Draft final report and fee apps.

Final report submitted to UST, make corrections and file.

**Initial Projected Date Of Final Report (TFR):**   07/01/2007       **Current Projected Date Of Final Report (TFR):**   01/30/2010

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 05-54329 | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|
| Case Name: | MARGARITONDO, RICHARD | | Bank Name: | BANK OF AMERICA |
| Primary Taxpayer ID #: | ******2434 | | Money Market Acct #: | ******8246 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | MONEY MARKET |
| For Period Beginning: | 10/14/2005 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 4/12/2010 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 02/13/2006 | (1) | THE TRAVELER'S BMW PROCEEDS | | 1221-000 | $9,277.98 | | $9,277.98 |
| 02/28/2006 | (INT) | BANK OF AMERICA | Interest Rate  1.000 | 1270-000 | $3.29 | | $9,281.27 |
| 03/31/2006 | (INT) | BANK OF AMERICA | Interest Rate  1.000 | 1270-000 | $7.88 | | $9,289.15 |
| 04/27/2006 | 101 | INTERNATIONAL SURITIES, LTD | bond premium | 2300-000 | | $7.08 | $9,282.07 |
| 04/28/2006 | (INT) | BANK OF AMERICA | Interest Rate  1.000 | 1270-000 | $7.63 | | $9,289.70 |
| 05/31/2006 | (INT) | BANK OF AMERICA | Interest Rate  1.000 | 1270-000 | $7.90 | | $9,297.60 |
| 06/30/2006 | (INT) | BANK OF AMERICA | Interest Rate  1.000 | 1270-000 | $7.64 | | $9,305.24 |
| 07/31/2006 | (INT) | BANK OF AMERICA | Interest Rate  1.000 | 1270-000 | $7.90 | | $9,313.14 |
| 08/31/2006 | (INT) | BANK OF AMERICA | Interest Rate  1.000 | 1270-000 | $7.91 | | $9,321.05 |
| 09/29/2006 | (INT) | BANK OF AMERICA | Interest Rate  1.000 | 1270-000 | $7.66 | | $9,328.71 |
| 10/31/2006 | (INT) | BANK OF AMERICA | Interest Rate  1.000 | 1270-000 | $7.93 | | $9,336.64 |
| 11/30/2006 | (INT) | BANK OF AMERICA | Interest Rate  1.000 | 1270-000 | $7.67 | | $9,344.31 |
| 12/29/2006 | (INT) | BANK OF AMERICA | Interest Rate  1.000 | 1270-000 | $7.93 | | $9,352.24 |
| 01/31/2007 | (INT) | BANK OF AMERICA | Interest Rate  1.000 | 1270-000 | $7.95 | | $9,360.19 |
| 02/28/2007 | (INT) | BANK OF AMERICA | Interest Rate  1.000 | 1270-000 | $7.18 | | $9,367.37 |
| 03/30/2007 | (INT) | BANK OF AMERICA | Interest Rate  1.000 | 1270-000 | $7.95 | | $9,375.32 |
| 04/03/2007 | 102 | INTERNATIONAL SURETIES, LTD | blanket bond allocation | 2300-000 | | $7.44 | $9,367.88 |
| 04/30/2007 | (INT) | BANK OF AMERICA | Interest Rate  1.000 | 1270-000 | $7.71 | | $9,375.59 |
| 05/31/2007 | (INT) | BANK OF AMERICA | Interest Rate  1.000 | 1270-000 | $7.96 | | $9,383.55 |
| 06/29/2007 | (INT) | BANK OF AMERICA | Interest Rate  1.000 | 1270-000 | $7.71 | | $9,391.26 |
| 07/31/2007 | (INT) | BANK OF AMERICA | Interest Rate  1.000 | 1270-000 | $7.98 | | $9,399.24 |
| 08/31/2007 | (INT) | BANK OF AMERICA | Interest Rate  1.000 | 1270-000 | $7.98 | | $9,407.22 |
| 09/28/2007 | (INT) | BANK OF AMERICA | Interest Rate  0.750 | 1270-000 | $5.99 | | $9,413.21 |
| 10/31/2007 | (INT) | BANK OF AMERICA | OCTOBER 2007 INTEREST | 1270-000 | $6.00 | | $9,419.21 |
| 11/08/2007 | (INT) | BANK OF AMERICA | Interest Earned For November 2007 | 1270-000 | $1.17 | | $9,420.38 |
| 11/08/2007 | | Sterling Bank | Transfer Funds | 9999-000 | | $9,420.38 | $0.00 |

**SUBTOTALS**  $9,434.90    $9,434.90

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 05-54329 | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|
| Case Name: | MARGARITONDO, RICHARD | | Bank Name: | BANK OF AMERICA |
| Primary Taxpayer ID #: | ******2434 | | Money Market Acct #: | ******8246 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | MONEY MARKET |
| For Period Beginning: | 10/14/2005 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 4/12/2010 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  |  |  | **TOTALS:** | | $9,434.90 | $9,434.90 | $0.00 |
|---|---|---|---|---|---|---|---|
| | | | Less: Bank transfers/CDs | | $0.00 | $9,420.38 | |
| | | | **Subtotal** | | $9,434.90 | $14.52 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | **Net** | | $9,434.90 | $14.52 | |

**For the period of 10/14/2005 to 4/12/2010**

| | |
|---|---|
| Total Compensable Receipts: | $9,434.90 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $9,434.90 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $14.52 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $14.52 |
| Total Internal/Transfer Disbursements: | $9,420.38 |

**For the entire history of the account between 02/13/2006 to 4/12/2010**

| | |
|---|---|
| Total Compensable Receipts: | $9,434.90 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $9,434.90 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $14.52 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $14.52 |
| Total Internal/Transfer Disbursements: | $9,420.38 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 05-54329 | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|
| Case Name: | MARGARITONDO, RICHARD | | Bank Name: | STERLING BANK |
| Primary Taxpayer ID #: | ******2434 | | Checking Acct #: | ******4329 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 10/14/2005 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 4/12/2010 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 04/02/2008 | | Transfer From MMA # 8117054329 | Transfer For Bond Payment | 9999-000 | $8.63 | | $8.63 |
| 04/02/2008 | 101 | International Sureties, LTD. | Bond Payment | 2300-000 | | $8.63 | $0.00 |
| 04/02/2009 | | Transfer From MMA # 8117054329 | Transfer For Bond Payment | 9999-000 | $6.86 | | $6.86 |
| 04/02/2009 | | Transfer From MMA # 8117054329 | Transfer For Bond Payment | 9999-000 | $6.86 | | $13.72 |
| 04/02/2009 | | Transfer To Acct#8117054329 | | 9999-000 | | $6.86 | $6.86 |
| 04/02/2009 | 102 | International Sureties, LTD. | Bond Payment | 2300-000 | | $6.86 | $0.00 |
| 04/02/2009 | 102 | VOID: International Sureties, LTD. | | 2300-003 | | ($6.86) | $6.86 |
| 04/02/2009 | 103 | International Sureties, LTD. | Bond Payment | 2300-000 | | $6.86 | $0.00 |
| 04/12/2010 | | Transfer From: MMA # 8117054329 | Transfer to Close Account | 9999-000 | $9,453.34 | | $9,453.34 |
| | | | **TOTALS:** | | $9,475.69 | $22.35 | $9,453.34 |
| | | | Less: Bank transfers/CDs | | $9,475.69 | $6.86 | |
| | | | Subtotal | | $0.00 | $15.49 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | **Net** | | $0.00 | $15.49 | |

| For the period of 10/14/2005 to 4/12/2010 | | For the entire history of the account between 03/31/2008 to 4/12/2010 | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $9,475.69 | Total Internal/Transfer Receipts: | $9,475.69 |
| | | | |
| Total Compensable Disbursements: | $15.49 | Total Compensable Disbursements: | $15.49 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $15.49 | Total Comp/Non Comp Disbursements: | $15.49 |
| Total Internal/Transfer Disbursements: | $6.86 | Total Internal/Transfer Disbursements: | $6.86 |

FORM 2

CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 05-54329 | | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|---|
| Case Name: | MARGARITONDO, RICHARD | | | Bank Name: | STERLING BANK |
| Primary Taxpayer ID #: | ******2434 | | | Money Market Acct #: | ******4329 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | MMA |
| For Period Beginning: | 10/14/2005 | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 4/12/2010 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 11/08/2007 | | BANK OF AMERICA | Transfer Funds | 9999-000 | $9,420.38 | | $9,420.38 |
| 11/30/2007 | (INT) | Sterling Bank | Interest Earned For November | 1270-000 | $3.56 | | $9,423.94 |
| 12/31/2007 | (INT) | Sterling Bank | Interest Earned For December | 1270-000 | $4.80 | | $9,428.74 |
| 01/31/2008 | (INT) | Sterling Bank | Interest Earned For January | 1270-000 | $4.56 | | $9,433.30 |
| 02/29/2008 | (INT) | Sterling Bank | Interest Earned For February | 1270-000 | $3.74 | | $9,437.04 |
| 03/31/2008 | (INT) | Sterling Bank | Interest Earned For March | 1270-000 | $3.66 | | $9,440.70 |
| 04/02/2008 | | Transfer To # 7117054329 | Transfer For Bond Payment | 9999-000 | | $8.63 | $9,432.07 |
| 04/30/2008 | (INT) | Sterling Bank | Interest Earned For April | 1270-000 | $3.09 | | $9,435.16 |
| 05/30/2008 | (INT) | Sterling Bank | Interest Earned For May | 1270-000 | $3.20 | | $9,438.36 |
| 06/30/2008 | (INT) | Sterling Bank | Interest Earned For June | 1270-000 | $3.09 | | $9,441.45 |
| 07/31/2008 | (INT) | Sterling Bank | Interest Earned For July | 1270-000 | $2.97 | | $9,444.42 |
| 08/29/2008 | (INT) | Sterling Bank | Interest Earned For August | 1270-000 | $2.40 | | $9,446.82 |
| 09/30/2008 | (INT) | Sterling Bank | Interest Earned For September | 1270-000 | $2.32 | | $9,449.14 |
| 10/31/2008 | (INT) | Sterling Bank | Interest Earned For October | 1270-000 | $1.83 | | $9,450.97 |
| 11/28/2008 | (INT) | Sterling Bank | Interest Earned For November | 1270-000 | $1.21 | | $9,452.18 |
| 12/31/2008 | (INT) | Sterling Bank | Interest Earned For December | 1270-000 | $1.01 | | $9,453.19 |
| 01/30/2009 | (INT) | Sterling Bank | Interest Earned For January | 1270-000 | $0.80 | | $9,453.99 |
| 02/27/2009 | (INT) | Sterling Bank | Interest Earned For February | 1270-000 | $0.73 | | $9,454.72 |
| 03/31/2009 | (INT) | Sterling Bank | Interest Earned For March | 1270-000 | $0.62 | | $9,455.34 |
| 04/02/2009 | | Transfer From Acct#7117054329 | | 9999-000 | $6.86 | | $9,462.20 |
| 04/02/2009 | | Transfer To # 7117054329 | Transfer For Bond Payment | 9999-000 | | $6.86 | $9,455.34 |
| 04/02/2009 | | Transfer To # 7117054329 | Transfer For Bond Payment | 9999-000 | | $6.86 | $9,448.48 |
| 04/30/2009 | (INT) | Sterling Bank | Interest Earned For April | 1270-000 | $0.39 | | $9,448.87 |
| 05/29/2009 | (INT) | Sterling Bank | Interest Earned For May | 1270-000 | $0.40 | | $9,449.27 |
| 06/30/2009 | (INT) | Sterling Bank | Interest Earned For June | 1270-000 | $0.39 | | $9,449.66 |
| 07/31/2009 | (INT) | Sterling Bank | Interest Earned For July | 1270-000 | $0.40 | | $9,450.06 |
| 08/31/2009 | (INT) | Sterling Bank | Interest Earned For August | 1270-000 | $0.40 | | $9,450.46 |
| 09/30/2009 | (INT) | Sterling Bank | Interest Earned For September | 1270-000 | $0.39 | | $9,450.85 |
| | | | **SUBTOTALS** | | $9,473.20 | $22.35 | |

FORM 2

CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 05-54329 | | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|---|
| Case Name: | MARGARITONDO, RICHARD | | | Bank Name: | STERLING BANK |
| Primary Taxpayer ID #: | ******2434 | | | Money Market Acct #: | ******4329 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | MMA |
| For Period Beginning: | 10/14/2005 | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 4/12/2010 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 10/30/2009 | (INT) | Sterling Bank | Interest Earned For October | 1270-000 | $0.40 | | $9,451.25 |
| 11/30/2009 | (INT) | Sterling Bank | Interest Earned For November | 1270-000 | $0.39 | | $9,451.64 |
| 12/31/2009 | (INT) | Sterling Bank | Interest Earned For December | 1270-000 | $0.40 | | $9,452.04 |
| 01/29/2010 | (INT) | Sterling Bank | Interest Earned For January | 1270-000 | $0.40 | | $9,452.44 |
| 02/26/2010 | (INT) | Sterling Bank | Interest Earned For February | 1270-000 | $0.36 | | $9,452.80 |
| 03/31/2010 | (INT) | Sterling Bank | Interest Earned For March | 1270-000 | $0.40 | | $9,453.20 |
| 04/12/2010 | (INT) | STERLING BANK | Account Closing Interest As Of 4/12/2010 | 1270-000 | $0.14 | | $9,453.34 |
| 04/12/2010 | | Transfer To: # 7117054329 | Transfer to Close Account | 9999-000 | | $9,453.34 | $0.00 |
| | | | **TOTALS:** | | $9,475.69 | $9,475.69 | $0.00 |
| | | | Less: Bank transfers/CDs | | $9,427.24 | $9,475.69 | |
| | | | Subtotal | | $48.45 | $0.00 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | **Net** | | $48.45 | $0.00 | |

| For the period of 10/14/2005 to 4/12/2010 | | For the entire history of the account between 11/08/2007 to 4/12/2010 | |
|---|---|---|---|
| Total Compensable Receipts: | $48.45 | Total Compensable Receipts: | $48.45 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $48.45 | Total Comp/Non Comp Receipts: | $48.45 |
| Total Internal/Transfer Receipts: | $9,427.24 | Total Internal/Transfer Receipts: | $9,427.24 |
| | | | |
| Total Compensable Disbursements: | $0.00 | Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 | Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $9,475.69 | Total Internal/Transfer Disbursements: | $9,475.69 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 05-54329 | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|
| Case Name: | MARGARITONDO, RICHARD | Bank Name: | STERLING BANK |
| Primary Taxpayer ID #: | ******2434 | Money Market Acct #: | ******4329 |
| Co-Debtor Taxpayer ID #: | | Account Title: | MMA |
| For Period Beginning: | 10/14/2005 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 4/12/2010 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | $9,483.35 | $30.01 | $9,453.34 |

**For the period of 10/14/2005 to 4/12/2010**

| | |
|---|---|
| Total Compensable Receipts: | $9,483.35 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $9,483.35 |
| Total Internal/Transfer Receipts: | $18,902.93 |
| | |
| Total Compensable Disbursements: | $30.01 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $30.01 |
| Total Internal/Transfer Disbursements: | $18,902.93 |

**For the entire history of the case between 10/14/2005 to 4/12/2010**

| | |
|---|---|
| Total Compensable Receipts: | $9,483.35 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $9,483.35 |
| Total Internal/Transfer Receipts: | $18,902.93 |
| | |
| Total Compensable Disbursements: | $30.01 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $30.01 |
| Total Internal/Transfer Disbursements: | $18,902.93 |

| Case No.: | 05-54329 | | | | | | | Trustee Name: | Horace Fox, Jr. | | | |
| Case Name: | MARGARITONDO, RICHARD | | | | | | | Date: | 4/12/2010 | | | |
| Claims Bar Date: | | | | | | | | | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | HORACE FOX, JR. 6 East Monroe #1004 Chicago IL 60603 | 09/08/2008 | Trustee Compensation | Allowed | 2100-000 | $0.00 | $1,697.79 | $1,697.79 | $0.00 | $0.00 | $0.00 | $1,697.79 |
| | LAW OFFICES OF BRUCE DE 'MEDICI 150 N. Michigan Aveneue #3300 Chicago IL 60601 | 04/11/2010 | Attorney for Trustee Expenses (Other Firm) | Allowed | 3220-000 | $0.00 | $9.36 | $9.36 | $0.00 | $0.00 | $0.00 | $9.36 |
| | LAW OFFICES OF 150 N. Michigan # 3300 Chicago IL 60601 | 09/08/2008 | Attorney for Trustee Fees (Other Firm) | Allowed | 3210-000 | $0.00 | $2,337.50 | $2,337.50 | $0.00 | $0.00 | $0.00 | $2,337.50 |
| 1 | GLENVIEW STATE BANK Donald L Newman & Associates 11 S LaSalle Street Suite 1500 Chicago IL 60603 | 01/18/2006 | Real Estate - Consensual Liens | Withdrawn | 4110-000 | $0.00 | $51,786.08 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**Claim Notes:**   (1-1) real estate

withdrawn

| 3 | DEPARTMENT OF TREASURY Centralized Insolvency Operations P O Box 21126 Philadelphia PA 19114 | 03/02/2006 | Claims of Governmental Units - 507( | Allowed | 5800-000 | $40,655.00 | $47,624.55 | $47,624.55 | $0.00 | $0.00 | $0.00 | $47,624.55 |

**Claim Notes:**   priority tax liability.

| 2 | MARSHALL FIELD 111 Boulder Industrial Dr Bridgeton MO 63044 | 02/23/2006 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $7,317.15 | $7,317.15 | $0.00 | $0.00 | $0.00 | $7,317.15 |
| 4 | AVV IVAN MOZZOLENI Sudio Legale Via Rotonda Dei Mille, 3 Sudio Legale  ITALY | 03/21/2006 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $137,073.27 | $137,073.27 | $0.00 | $0.00 | $0.00 | $137,073.27 |

| Case No. | 05-54329 | | | | | | | Trustee Name: | Horace Fox, Jr. |
| Case Name: | MARGARITONDO, RICHARD | | | | | | | Date: | 4/12/2010 |
| Claims Bar Date: | | | | | | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5 | CHICAGO ASSOCIATION OF SPRING MFG INC<br>Spring Mfg Inc<br>PO Box 1144<br>Highland Park IL 60035-7144 | 05/16/2006 | General Unsecured 726(a)(2) | Amended | 7200-000 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Claim Notes:** | late claim. 2 asset notices filed. The first, filed 2.10.06, with claims bar date of 5.15.06 and the second, filed 1.10.07 with a bar date of 4.12.07 was withdrawn on 1.15.07. This claim was filed after the initial bar date, on 5.16.06 and is therefore late, but before the 2nd bar date. The IRS priority tax claim takes all the funds that are not administrative expenses. | | | | | | | | | | | |
| 5A | CHICAGO ASSOCIATION OF<br>Spring Mfg Inc<br>PO Box 1144<br>Highland Park IL 600357144 | 05/16/2006 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $18,243.72 | $18,243.72 | $0.00 | $0.00 | $0.00 | $18,243.72 |
| | | | | | | $266,089.42 | $214,303.34 | $0.00 | $0.00 | $0.00 | $214,303.34 |

CLAIM ANALYSIS REPORT                    Page No: 3            Exhibit C

| Case No. | 05-54329 | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|
| Case Name: | MARGARITONDO, RICHARD | Date: | 4/12/2010 |
| Claims Bar Date: | | | |

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|
| Attorney for Trustee Expenses (Other Firm) | $9.36 | $9.36 | $0.00 | $0.00 | $0.00 | $9.36 |
| Attorney for Trustee Fees (Other Firm) | $2,337.50 | $2,337.50 | $0.00 | $0.00 | $0.00 | $2,337.50 |
| Claims of Governmental Units - 507( | $47,624.55 | $47,624.55 | $0.00 | $0.00 | $0.00 | $47,624.55 |
| General Unsecured 726(a)(2) | $162,634.14 | $162,634.14 | $0.00 | $0.00 | $0.00 | $162,634.14 |
| Real Estate - Consensual Liens | $51,786.08 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Trustee Compensation | $1,697.79 | $1,697.79 | $0.00 | $0.00 | $0.00 | $1,697.79 |

Exhibit D

**TRUSTEE'S PROPOSED DISTRIBUTION**

Case No.:      05-54329
Case Name:     RICHARD MARGARITONDO
Trustee Name:  Horace Fox, Jr.

Claims of secured creditors will be paid as follows: NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Fees | Expenses |
|---|---:|---:|
| Trustee, Horace Fox, Jr. | $1,697.79 | $0.00 |
| Attorney for Trustee, Law Offices of | $2,337.50 | $0.00 |
| Other Attorney for Trustee, Law offices of Bruce de 'Medici | $0.00 | $9.36 |

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $47,624.55 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---:|---:|
| 3 | Department of Treasury | $47,624.55 | $5,408.69 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $162,634.14 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0%.

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Proposed Amount |
|---|---|---:|---:|
| 2 | Marshall Field | $7,317.15 | $0.00 |

| 4 | Avv Ivan Mozzoleni | $137,073.27 | $0.00 |
| 5A | Chicago Association of | $18,243.72 | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0%.

Tardily filed general (unsecured) claims are as follows:

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0%.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

The amount of surplus returned to the debtor(s) after payment of all claims and interest is $0.00.