UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| MARGARITONDO, RICHARD | ) | CASE NO. 05-54329 |
| | ) | |
| Debtor(s). | ) | Hon. Susan Pierson Sonderby |

**NOTICE OF TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS
FOR COMPENSATION, AND HEARING ON THE ABANDONMENT
OF PROPERTY BY THE TRUSTEE**

To the Debtor(s), Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

    At: U.S. Bankruptcy Court, 219 S. Dearborn, Room 642, Chicago, Illinois

    On:  5/18/2010             Time: 10:00 a.m.

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT NOT REQUIRED.

3. The Trustee's Final Report shows total:

    Receipts                                                    $9,483.35

    Disbursements                                               $30.01

    Net Cash Available for Distribution                         $9,453.34

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| Horace Fox, Jr. Trustee | $.00 | $1,697.79 | |
| Law Offices of Attorney | $.00 | $2,337.50 | |
| Law offices of Bruce de 'Medici Attorney for Trustee | $.00 | | $9.36 |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows:

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $47,624.55 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 11.36%.

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 3 | Department of Treasury | $47,624.55 | $5,408.69 |

7. Claims of general unsecured creditors totaling $162,634.14 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 0.00%.

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| 2 | Marshall Field | $7,317.15 | $0.00 |
| 4 | Avv Ivan Mozzoleni | $137,073.27 | $0.00 |
| 5 | Chicago Association of Spring Mfg Inc | $0.00 | $0.00 |
| 5A | Chicago Association of | $18,243.72 | $0.00 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 So. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, www.ilnb.uscourts.gov. If no objections are filed, the Court will act on the fee applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

DATED: _____

For the Court,

By:_____
Kenneth S. Gardner
Clerk of the U.S. Bankruptcy Court
219 S. Dearborn Street, 7th Floor
Chicago, IL 60604

Trustee: HORACE FOX, JR.
Address: 6 East Monroe
Suite 1004
Chicago, IL 60603
Phone No.: (312) 332-5642

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: arodarte              Page 1 of 1                  Date Rcvd: Apr 13, 2010
Case: 05-54329                 Form ID: pdf006             Total Noticed: 20

The following entities were noticed by first class mail on Apr 15, 2010.
db           +Richard Margaritondo,    702 Waukegan,    #202,   Glenview, IL 60025-4365
aty          +August A Pilati,    August A. Pilati and Associates, Ltd.,    53 W Jackson Blvd,    Suite 528,
               Chicago, IL 60604-3617
aty          +Bruce E de'Medici,    150 North Michigan Avenue,    3300,   Chicago, IL 60601-7621
10562789      Banco Popular North America,    PO Box 4503,   Oak Park, IL 60303-4503
10219401      Capital One,   P.O. Box 60024,    City Of Industry, CA 91716-0024
10219402      Chase Bank U.S.A.,    P.O. Box 8650,    Wilmington, DE 19899-8650
10562787      Chicago Association of,    Spring Mfg Inc,    PO Box 1144,   Highland Park, IL 60035-7144
10219403     +Glenview State Bank,    Donald L Newman & Associates,    11 S LaSalle Street,    Suite 1500,
               Chicago, IL 60603-1224
10219404     +Harris Trust & Savings,    111 West Monroe Street,    Chicago, IL 60603-4095
10219406    ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,     PO BOX 21126,
               PHILADELPHIA PA 19114-0326
             (address filed with court: Department of the Treasury-Internal Revenue Servic,
               Centralized Insolvency Operations,   P O Box 21126,    Philadelphia, PA 19114)
10219405      Illinois Department of Revenue Bankruptcy Section,    P.O. Box 64338,    Chicago, IL 60664-0338
10219408     +Joseph Development Company as agent,    666 Dundee Road,    Suite 303,   Northbrook, IL 60062-2786
10219409     +Joseph Real Estate Services, Ltd.,    666 Dundee Road,    Suite 303,   Northbrook, IL 60062-2732
10219410     +Kenny Lin,    c/o Kaplan & Greenswag LLC,    181 Waukegan Road, Suite 205,
               Northfield, IL 60093-2700
10613144     +Marshall Field,    111 Boulder Industrial Dr,    Bridgeton, MO 63044-1241
10219411      Marshall Fields,    P.O. Box 94578,    Cleveland, OH 44101-4578
10562786      OMAS s.v.l.,    Avv Ivan Mazzoleni,    Sudio Legale,   Via Rotonda Dei Mille, 3,
               Bergamo - 24121 ITALY
10562788      Omas SRL,   Attn Giovanni Conti,    Sede: 23881,   Via Kennedy, 25,    Airuno (LC) ITALY
10219412     +Washington Mutual,    P.O. Box 3139,    Milwaukee, WI 53201-3139
The following entities were noticed by electronic transmission on Apr 13, 2010.
tr           +E-mail/Text: HFOX@LEHMANFOX.COM                             Horace Fox, JR,   Lehman & Fox,
               6 E Monroe St,    Chicago, IL 60603-2704
                                                                                              TOTAL: 1

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
10219407*   ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,     PO BOX 21126,
               PHILADELPHIA PA 19114-0326
             (address filed with court: Department of the Treasury-Internal Revenue Servic,
               Centralized Insolvency Operations,   P O Box 21126,    Philadelphia, PA 19114)
10608234*   ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,     PO BOX 21126,
               PHILADELPHIA PA 19114-0326
             (address filed with court: Department of the Treasury-Internal Revenue Servic,
               Centralized Insolvency Operations,   P O Box 21126,    Philadelphia, PA 19114)
                                                                                              TOTALS: 0, * 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 15, 2010**          **Signature:** _Joseph Speetjens_