**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**CHICAGO DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 05-54329 |
| | § | |
| RICHARD MARGARITONDO | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT**
**CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

Horace Fox, Jr., chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $149,334.44 | Assets Exempt: | $11,216.00 |
| Total Distributions to Claimants: | $5,408.69 | Claims Discharged Without Payment: | $401,072.00 |
| Total Expenses of Administration: | $4,074.66 | | |

3) Total gross receipts of $9,483.35 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $9,483.35 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (9/1/2009)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $580,000.00 | $51,786.08 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin Fees and Charges (from **Exhibit 4**) | NA | $4,074.66 | $4,074.66 | $4,074.66 |
| Prior Chapter Admin Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $40,655.00 | $47,624.55 | $47,624.55 | $5,408.69 |
| General Unsecured Claims (from **Exhibit 7**) | $203,550.85 | $162,634.14 | $162,634.14 | $0.00 |
| **Total Disbursements** | $824,205.85 | $266,119.43 | $214,333.35 | $9,483.35 |

4). This case was originally filed under chapter 7 on 10/14/2005. The case was pending for 56 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 06/25/2010    By:    /s/ Horace Fox, Jr.
                                Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (9/1/2009)**

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT RECEIVED |
|---|---|---|
| ins. proceeds, 2001 BMI 740i | 1221-000 | $9,277.98 |
| Interest Asset | 1270-000 | $205.37 |
| **TOTAL GROSS RECEIPTS** | | **$9,483.35** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

### EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Glenview State Bank | 4110-000 | $290,000.00 | $51,786.08 | $0.00 | $0.00 |
| Washington Mutual | 4110-000 | $290,000.00 | NA | $0.00 | $0.00 |
| Harris Trust & savings | 4210-000 | $0.00 | NA | $0.00 | $0.00 |
| Harris Trust & Savings | 4210-000 | $0.00 | NA | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | **$580,000.00** | **$51,786.08** | **$0.00** | **$0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN.CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Horace Fox, Jr., Trustee | 2100-000 | NA | $1,697.79 | $1,697.79 | $1,697.79 |
| INTERNATIONAL SURETIES, LTD | 2300-000 | NA | $7.44 | $7.44 | $7.44 |
| International Sureties, LTD. | 2300-000 | NA | $15.49 | $15.49 | $15.49 |
| INTERNATIONAL SURITIES, LTD | 2300-000 | NA | $7.08 | $7.08 | $7.08 |
| Law Offices of Bruce E. de'Medici and SmithAmundsen LLC, Attorney for Trustee | 3110-000 | NA | $2,337.50 | $2,337.50 | $2,337.50 |
| Law Offices of Bruce E. de'Medici and SmithAmundsen LLC, Attorney for Trustee | 3220-000 | NA | $9.36 | $9.36 | $9.36 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **NA** | **$4,074.66** | **$4,074.66** | **$4,074.66** |

**UST Form 101-7-TDR (9/1/2009)**

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Department of Treasury | 5800-000 | $40,655.00 | $47,624.55 | $47,624.55 | $5,408.69 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | $40,655.00 | $47,624.55 | $47,624.55 | $5,408.69 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| American Express Buisness Finance | 7100-000 | $2,750.00 | NA | NA | $0.00 |
| Avv Ivan Mozzoleni | 7100-000 | NA | $137,073.27 | $137,073.27 | $0.00 |
| Capital One | 7100-000 | $5,300.00 | NA | NA | $0.00 |
| Chase Bank U.S.A | 7100-000 | $16,300.00 | NA | NA | $0.00 |
| Chicago Association of | 7100-000 | NA | $18,243.72 | $18,243.72 | $0.00 |
| Glenview State Bank | 7100-000 | $1,000.00 | NA | NA | $0.00 |
| Glenview State Bank | 7100-000 | $970.00 | NA | NA | $0.00 |
| Glenview state Bank | 7100-000 | $970.00 | NA | NA | $0.00 |
| Joseph Development Co,. as agent | 7100-000 | $11,000.00 | NA | NA | $0.00 |
| Joseph Real Estate Services, Ltd. | 7100-000 | $0.00 | NA | NA | $0.00 |
| Kenny Lin C/O Kaplan & Greenswag LLC | 7100-000 | $157,086.00 | NA | NA | $0.00 |
| Marshall Field | 7100-000 | $7,328.85 | $7,317.15 | $7,317.15 | $0.00 |
| Marshall Fields | 7100-000 | $846.00 | NA | NA | $0.00 |
| Chicago Association of Spring Mfg Inc | 7200-000 | NA | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $203,550.85 | $162,634.14 | $162,634.14 | $0.00 |

**UST Form 101-7-TDR (9/1/2009)**

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No:   1

| Case No.: | 05-54329 | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|
| Case Name: | MARGARITONDO, RICHARD | Date Filed (f) or Converted (c): | 10/14/2005 (f) |
| For the Period Ending: | 6/25/2010 | §341(a) Meeting Date: | 02/07/2006 |
| | | Claims Bar Date: | |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. DA=§ 554(c) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | ins. proceeds, 2001 BMI 740i **(u)** | $0.00 | $9,277.98 | DA | $9,277.98 | FA |
| Asset Notes: | 40% of the proceeds from 2001 BMW 740i, jointly owned by debtor and his bankrupt corporation, Horizon Machinery Corp.  Debtor amended  schedule B to show  value of his interest at $14,500.00. | | | | | |
| 2 | 1/2 interest r/e 702 Waukegan Rd #202 Glenview IL **(u)** | $145,000.00 | $0.00 | DA | $0.00 | FA |
| Asset Notes: | 1/2 interst in condo, 702 Waukegan Rd, #202,Glenview IL 60025 worth $145,000.00/ secured lien $290,000.00 | | | | | |
| 3 | VOID | $0.00 | $0.00 | | $0.00 | $0.00 |
| 4 | cash | $50.00 | $0.00 | DA | $0.00 | FA |
| 5 | checking Glenview  #342946 | $39.83 | $0.00 | DA | $0.00 | FA |
| 6 | checking Glenview State BK #496 | $26.15 | $0.00 | DA | $0.00 | FA |
| 7 | Checking Acct Glenview BK #501 | $865.46 | $0.00 | DA | $0.00 | FA |
| 8 | furnishings112 | $1,000.00 | $0.00 | DA | $0.00 | FA |
| 9 | clothing | $500.00 | $0.00 | DA | $0.00 | FA |
| 10 | 27 shares United stk | $37.00 | $37.00 | DA | $0.00 | FA |
| Asset Notes: | Debtor has exemption left to exempt this asset. | | | | | |
| 11 | 30 shares Motarola Stock | $616.00 | $0.00 | DA | $0.00 | FA |
| 12 | 100 Shares Horizon stock | $0.00 | $0.00 | DA | $0.00 | FA |
| Asset Notes: | Privately held corporation filed bankruptcy. | | | | | |
| 13 | Note from Horizon Machinery CO.(50,000.) | $0.00 | $0.00 | DA | $0.00 | FA |
| Asset Notes: | Corporation filed a chapter 7. | | | | | |
| 14 | 1997 Pontiac Bonneville | $1,200.00 | $0.00 | DA | $0.00 | FA |
| Asset Notes: | 124,000 miles on 1997 Pontiac | | | | | |
| 15 | VOID **(u)** | Unknown | $0.00 | | $0.00 | FA |
| 16 | VOID | $0.00 | $0.00 | | $0.00 | FA |
| INT | Interest Asset | Unknown | Unknown | | $205.37 | FA |

**TOTALS (Excluding unknown value)**

**Gross Value of Remaining Assets**

| | $149,334.44 | $9,314.98 | | $9,483.35 | $0.00 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT** Page No: 2 Exhibit 8
**ASSET CASES**

| Case No.: | 05-54329 | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|
| Case Name: | MARGARITONDO, RICHARD | Date Filed (f) or Converted (c): | 10/14/2005 (f) |
| For the Period Ending: | 6/25/2010 | §341(a) Meeting Date: | 02/07/2006 |
| | | Claims Bar Date: | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon. DA=§ 554(c) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

**Major Activities affecting case closing:**

Debtor and his corportion ( Joe Baldi) trustee owned interests in a BMW, which was in an accident. The recovery in this case comes from insurance proceeds. One claim to object to.

File motion to approve settlement, hire attorney and accounant. Secured claim withdrawn.

Compromise approved, appoint accountant.

Examine claims. Compile time.

No claims need to be objected to. Glenview secured claim has been withdrawn. Discuss need for taxes with accountant.

Draft final report and fee apps.

Final report submitted to UST, make corrections and file.

**Initial Projected Date Of Final Report (TFR):** 07/01/2007  **Current Projected Date Of Final Report (TFR):** 01/30/2010

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 05-54329 | | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|---|
| Case Name: | MARGARITONDO, RICHARD | | | Bank Name: | BANK OF AMERICA |
| Primary Taxpayer ID #: | ******2434 | | | Money Market Acct #: | ******8246 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | MONEY MARKET |
| For Period Beginning: | 10/14/2005 | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 6/25/2010 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 02/13/2006 | (1) | THE TRAVELER'S BMW PROCEEDS | | 1221-000 | $9,277.98 | | $9,277.98 |
| 02/28/2006 | (INT) | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | $3.29 | | $9,281.27 |
| 03/31/2006 | (INT) | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | $7.88 | | $9,289.15 |
| 04/27/2006 | 101 | INTERNATIONAL SURITIES, LTD | bond premium | 2300-000 | | $7.08 | $9,282.07 |
| 04/28/2006 | (INT) | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | $7.63 | | $9,289.70 |
| 05/31/2006 | (INT) | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | $7.90 | | $9,297.60 |
| 06/30/2006 | (INT) | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | $7.64 | | $9,305.24 |
| 07/31/2006 | (INT) | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | $7.90 | | $9,313.14 |
| 08/31/2006 | (INT) | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | $7.91 | | $9,321.05 |
| 09/29/2006 | (INT) | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | $7.66 | | $9,328.71 |
| 10/31/2006 | (INT) | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | $7.93 | | $9,336.64 |
| 11/30/2006 | (INT) | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | $7.67 | | $9,344.31 |
| 12/29/2006 | (INT) | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | $7.93 | | $9,352.24 |
| 01/31/2007 | (INT) | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | $7.95 | | $9,360.19 |
| 02/28/2007 | (INT) | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | $7.18 | | $9,367.37 |
| 03/30/2007 | (INT) | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | $7.95 | | $9,375.32 |
| 04/03/2007 | 102 | INTERNATIONAL SURETIES, LTD | blanket bond allocation | 2300-000 | | $7.44 | $9,367.88 |
| 04/30/2007 | (INT) | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | $7.71 | | $9,375.59 |
| 05/31/2007 | (INT) | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | $7.96 | | $9,383.55 |
| 06/29/2007 | (INT) | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | $7.71 | | $9,391.26 |
| 07/31/2007 | (INT) | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | $7.98 | | $9,399.24 |
| 08/31/2007 | (INT) | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | $7.98 | | $9,407.22 |
| 09/28/2007 | (INT) | BANK OF AMERICA | Interest Rate 0.750 | 1270-000 | $5.99 | | $9,413.21 |
| 10/31/2007 | (INT) | BANK OF AMERICA | OCTOBER 2007 INTEREST | 1270-000 | $6.00 | | $9,419.21 |
| 11/08/2007 | (INT) | BANK OF AMERICA | Interest Earned For November 2007 | 1270-000 | $1.17 | | $9,420.38 |
| 11/08/2007 | | Sterling Bank | Transfer Funds | 9999-000 | | $9,420.38 | $0.00 |

| | | | | **SUBTOTALS** | **$9,434.90** | **$9,434.90** | |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 05-54329 | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|
| Case Name: | MARGARITONDO, RICHARD | | Bank Name: | BANK OF AMERICA |
| Primary Taxpayer ID #: | ******2434 | | Money Market Acct #: | ******8246 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | MONEY MARKET |
| For Period Beginning: | 10/14/2005 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 6/25/2010 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | **TOTALS:** | | $9,434.90 | $9,434.90 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $9,420.38 | |
| | | | **Subtotal** | | $9,434.90 | $14.52 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $9,434.90 | $14.52 | |

| For the period of 10/14/2005 to 6/25/2010 | | For the entire history of the account between 02/13/2006 to 6/25/2010 | |
|---|---|---|---|
| Total Compensable Receipts: | $9,434.90 | Total Compensable Receipts: | $9,434.90 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $9,434.90 | Total Comp/Non Comp Receipts: | $9,434.90 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $14.52 | Total Compensable Disbursements: | $14.52 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $14.52 | Total Comp/Non Comp Disbursements: | $14.52 |
| Total Internal/Transfer Disbursements: | $9,420.38 | Total Internal/Transfer Disbursements: | $9,420.38 |

# FORM 2
### CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 05-54329 | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|
| Case Name: | MARGARITONDO, RICHARD | | Bank Name: | STERLING BANK |
| Primary Taxpayer ID #: | ******2434 | | Checking Acct #: | ******4329 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 10/14/2005 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 6/25/2010 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 04/02/2008 | | Transfer From MMA # ******4329 | Transfer For Bond Payment | 9999-000 | $8.63 | | $8.63 |
| 04/02/2008 | 101 | International Sureties, LTD. | Bond Payment | 2300-000 | | $8.63 | $0.00 |
| 04/02/2009 | | Transfer From MMA # ******4329 | Transfer For Bond Payment | 9999-000 | $6.86 | | $6.86 |
| 04/02/2009 | | Transfer From MMA # ******4329 | Transfer For Bond Payment | 9999-000 | $6.86 | | $13.72 |
| 04/02/2009 | | Transfer To Acct#******4329 | | 9999-000 | | $6.86 | $6.86 |
| 04/02/2009 | 102 | International Sureties, LTD. | Bond Payment | 2300-000 | | $6.86 | $0.00 |
| 04/02/2009 | 102 | VOID: International Sureties, LTD. | | 2300-003 | | ($6.86) | $6.86 |
| 04/02/2009 | 103 | International Sureties, LTD. | Bond Payment | 2300-000 | | $6.86 | $0.00 |
| 04/12/2010 | | Transfer From: MMA # ******4329 | Transfer to Close Account | 9999-000 | $9,453.34 | | $9,453.34 |
| 05/27/2010 | 104 | Horace Fox, Jr. | Trustee Compensation | 2100-000 | | $1,697.79 | $7,755.55 |
| 05/27/2010 | 105 | Law Offices of Bruce E. de'Medici and SmithAmundsen LLC | Final Dividend: 24.72; Amount Allowed: 2,337.50; | 3110-000 | | $2,337.50 | $5,418.05 |
| 05/27/2010 | 106 | Law Offices of Bruce E. de'Medici and SmithAmundsen LLC | Final Dividend: 0.09; Amount Allowed: 9.36; | 3220-000 | | $9.36 | $5,408.69 |
| 05/27/2010 | 107 | Department of Treasury | Final Claim #: 3; Dividend: 57.21; Amount Allowed: 47,624.55; | 5800-000 | | $5,408.69 | $0.00 |

|  |  |  | SUBTOTALS | $9,475.69 | $9,475.69 |
|---|---|---|---|---|---|

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No.: | 05-54329 | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|
| Case Name: | MARGARITONDO, RICHARD | Bank Name: | STERLING BANK |
| Primary Taxpayer ID #: | ******2434 | Checking Acct #: | ******4329 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 10/14/2005 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 6/25/2010 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | **TOTALS:** | | $9,475.69 | $9,475.69 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $9,475.69 | $6.86 | |
| | | | **Subtotal** | | $0.00 | $9,468.83 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $0.00 | $9,468.83 | |

| For the period of **10/14/2005** to **6/25/2010** | | For the entire history of the account between **03/31/2008** to **6/25/2010** | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $9,475.69 | Total Internal/Transfer Receipts: | $9,475.69 |
| | | | |
| Total Compensable Disbursements: | $9,468.83 | Total Compensable Disbursements: | $9,468.83 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $9,468.83 | Total Comp/Non Comp Disbursements: | $9,468.83 |
| Total Internal/Transfer Disbursements: | $6.86 | Total Internal/Transfer Disbursements: | $6.86 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 05-54329 | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|
| Case Name: | MARGARITONDO, RICHARD | Bank Name: | STERLING BANK |
| Primary Taxpayer ID #: | ******2434 | Money Market Acct #: | ******4329 |
| Co-Debtor Taxpayer ID #: | | Account Title: | MMA |
| For Period Beginning: | 10/14/2005 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 6/25/2010 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 11/08/2007 | | BANK OF AMERICA | Transfer Funds | 9999-000 | $9,420.38 | | $9,420.38 |
| 11/30/2007 | (INT) | Sterling Bank | Interest Earned For November | 1270-000 | $3.56 | | $9,423.94 |
| 12/31/2007 | (INT) | Sterling Bank | Interest Earned For December | 1270-000 | $4.80 | | $9,428.74 |
| 01/31/2008 | (INT) | Sterling Bank | Interest Earned For January | 1270-000 | $4.56 | | $9,433.30 |
| 02/29/2008 | (INT) | Sterling Bank | Interest Earned For February | 1270-000 | $3.74 | | $9,437.04 |
| 03/31/2008 | (INT) | Sterling Bank | Interest Earned For March | 1270-000 | $3.66 | | $9,440.70 |
| 04/02/2008 | | Transfer To # ******4329 | Transfer For Bond Payment | 9999-000 | | $8.63 | $9,432.07 |
| 04/30/2008 | (INT) | Sterling Bank | Interest Earned For April | 1270-000 | $3.09 | | $9,435.16 |
| 05/30/2008 | (INT) | Sterling Bank | Interest Earned For May | 1270-000 | $3.20 | | $9,438.36 |
| 06/30/2008 | (INT) | Sterling Bank | Interest Earned For June | 1270-000 | $3.09 | | $9,441.45 |
| 07/31/2008 | (INT) | Sterling Bank | Interest Earned For July | 1270-000 | $2.97 | | $9,444.42 |
| 08/29/2008 | (INT) | Sterling Bank | Interest Earned For August | 1270-000 | $2.40 | | $9,446.82 |
| 09/30/2008 | (INT) | Sterling Bank | Interest Earned For September | 1270-000 | $2.32 | | $9,449.14 |
| 10/31/2008 | (INT) | Sterling Bank | Interest Earned For October | 1270-000 | $1.83 | | $9,450.97 |
| 11/28/2008 | (INT) | Sterling Bank | Interest Earned For November | 1270-000 | $1.21 | | $9,452.18 |
| 12/31/2008 | (INT) | Sterling Bank | Interest Earned For December | 1270-000 | $1.01 | | $9,453.19 |
| 01/30/2009 | (INT) | Sterling Bank | Interest Earned For January | 1270-000 | $0.80 | | $9,453.99 |
| 02/27/2009 | (INT) | Sterling Bank | Interest Earned For February | 1270-000 | $0.73 | | $9,454.72 |
| 03/31/2009 | (INT) | Sterling Bank | Interest Earned For March | 1270-000 | $0.62 | | $9,455.34 |
| 04/02/2009 | | Transfer From Acct#******4329 | | 9999-000 | $6.86 | | $9,462.20 |
| 04/02/2009 | | Transfer To # ******4329 | Transfer For Bond Payment | 9999-000 | | $6.86 | $9,455.34 |
| 04/02/2009 | | Transfer To # ******4329 | Transfer For Bond Payment | 9999-000 | | $6.86 | $9,448.48 |
| 04/30/2009 | (INT) | Sterling Bank | Interest Earned For April | 1270-000 | $0.39 | | $9,448.87 |
| 05/29/2009 | (INT) | Sterling Bank | Interest Earned For May | 1270-000 | $0.40 | | $9,449.27 |
| 06/30/2009 | (INT) | Sterling Bank | Interest Earned For June | 1270-000 | $0.39 | | $9,449.66 |
| 07/31/2009 | (INT) | Sterling Bank | Interest Earned For July | 1270-000 | $0.40 | | $9,450.06 |
| 08/31/2009 | (INT) | Sterling Bank | Interest Earned For August | 1270-000 | $0.40 | | $9,450.46 |
| 09/30/2009 | (INT) | Sterling Bank | Interest Earned For September | 1270-000 | $0.39 | | $9,450.85 |
| | | | **SUBTOTALS** | | $9,473.20 | $22.35 | |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 05-54329 | | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|---|
| Case Name: | MARGARITONDO, RICHARD | | | Bank Name: | STERLING BANK |
| Primary Taxpayer ID #: | ******2434 | | | Money Market Acct #: | ******4329 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | MMA |
| For Period Beginning: | 10/14/2005 | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 6/25/2010 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 10/30/2009 | (INT) | Sterling Bank | Interest Earned For October | 1270-000 | $0.40 | | $9,451.25 |
| 11/30/2009 | (INT) | Sterling Bank | Interest Earned For November | 1270-000 | $0.39 | | $9,451.64 |
| 12/31/2009 | (INT) | Sterling Bank | Interest Earned For December | 1270-000 | $0.40 | | $9,452.04 |
| 01/29/2010 | (INT) | Sterling Bank | Interest Earned For January | 1270-000 | $0.40 | | $9,452.44 |
| 02/26/2010 | (INT) | Sterling Bank | Interest Earned For February | 1270-000 | $0.36 | | $9,452.80 |
| 03/31/2010 | (INT) | Sterling Bank | Interest Earned For March | 1270-000 | $0.40 | | $9,453.20 |
| 04/12/2010 | (INT) | STERLING BANK | Account Closing Interest As Of 4/12/2010 | 1270-000 | $0.14 | | $9,453.34 |
| 04/12/2010 | | Transfer To: # ******4329 | Transfer to Close Account | 9999-000 | | $9,453.34 | $0.00 |
| | | | **TOTALS:** | | $9,475.69 | $9,475.69 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $9,427.24 | $9,475.69 | |
| | | | **Subtotal** | | $48.45 | $0.00 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $48.45 | $0.00 | |

| For the period of 10/14/2005 to 6/25/2010 | | For the entire history of the account between 11/08/2007 to 6/25/2010 | |
|---|---|---|---|
| Total Compensable Receipts: | $48.45 | Total Compensable Receipts: | $48.45 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $48.45 | Total Comp/Non Comp Receipts: | $48.45 |
| Total Internal/Transfer Receipts: | $9,427.24 | Total Internal/Transfer Receipts: | $9,427.24 |
| | | | |
| Total Compensable Disbursements: | $0.00 | Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 | Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $9,475.69 | Total Internal/Transfer Disbursements: | $9,475.69 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 05-54329 | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|
| Case Name: | MARGARITONDO, RICHARD | | Bank Name: | STERLING BANK |
| Primary Taxpayer ID #: | ******2434 | | Money Market Acct #: | ******4329 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | MMA |
| For Period Beginning: | 10/14/2005 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 6/25/2010 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $9,483.35 | $9,483.35 | $0.00 |

**For the period of 10/14/2005 to 6/25/2010**

| | |
|---|---|
| Total Compensable Receipts: | $9,483.35 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $9,483.35 |
| Total Internal/Transfer Receipts: | $18,902.93 |
| | |
| Total Compensable Disbursements: | $9,483.35 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $9,483.35 |
| Total Internal/Transfer Disbursements: | $18,902.93 |

**For the entire history of the case between 10/14/2005 to 6/25/2010**

| | |
|---|---|
| Total Compensable Receipts: | $9,483.35 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $9,483.35 |
| Total Internal/Transfer Receipts: | $18,902.93 |
| | |
| Total Compensable Disbursements: | $9,483.35 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $9,483.35 |
| Total Internal/Transfer Disbursements: | $18,902.93 |